UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 9:24-cv-81213-AHS

LORI ROBINS,

        Plaintiff,

v.

ABERDEEN GOLF & COUNTRY CLUB, INC., and WATERFORD AT ABERDEEN ASSOCIATION, INC.,

        Defendants.

## *UNOPPOSED* MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT, ABERDEEN GOLF & COUNTRY CLUB, INC.

Max L. Horowitz, Esq., attorney for Defendant, ABERDEEN GOLF & COUNTRY CLUB, INC. ("AGCC"), hereby respectfully moves this Court to allow him to withdraw as counsel, and as grounds states:

1. The undersigned attorney separated from the law firm of Boyd Richards Parker & Colonnelli, P.L. effective October 1, 2025.

2. The undersigned attorney shall no longer be representing AGCC in this matter.

3. Withdrawal can be accomplished without material adverse effect on the interests of AGCC, as AGCC is still being represented by Patricia I. Murray, Esq. and Yvette R. Lavelle, Esq. from the law offices of Boyd Richards Parker & Colonnelli, P.L.

4. AGCC has been made aware of the undersigned attorney's departure and has consented to said departure.

5. In light of the above, the undersigned respectfully requests this Honorable Court grant this Motion to Withdraw.

**WHEREFORE**, Max L. Horowitz, Esq. respectfully requests this Honorable Court GRANT the instant Motion to Withdraw as Counsel for AGCC and relieve Max L. Horowitz, Esq. from any further responsibility in this matter.

CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 11.1(d)(3)

The undersigned Counsel has served a copy of this Motion on AGCC's counsel via e-mail, indicating the undersigned's service of notice of withdrawal on AGCC. AGCC's counsel has advised that AGCC consents to the undersigned's withdrawal.

CERTIFICATE OF CONFERRAL PURSUANT TO LOCAL RULE 7.1(a)(3)

The undersigned Counsel has conferred counsel for Plaintiff and Counsel for Defendant, Waterford at Aberdeen Association, Inc. ("Waterford"), jointly via email regarding the relief sought herein. Plaintiff and Waterford both do not oppose this Motion.

Dated: October 16, 2025.

Respectfully submitted,

By:   /s/ Max L. Horowitz
Max L. Horowitz, Esquire
Fla. Bar No.: 118269
Email: maxlhorowitz@gmail.com
600 N.E. 36th Street, Unit 1605
Miami, Florida 33137
Telephone: (954) 319-1072

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or

parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/ **Max L. Horowitz**

**SERVICE LIST**

**LORI ROBINS v. ABERDEEN GOLF & COUNTRY CLUB, INC., *ET AL.*
Case No.: 9:24-cv-81213-AHS
United States District Court, Southern District of Florida**

Gregory S. Sconzo, Esq.
Email: greg@sconzolawoffice.com
Sconzo Law Office, P.A.
3825 PGA Blvd, Suite 207
Palm Beach Gardens, FL 33410
Telephone: 561-729-0940
*Counsel for Plaintiff*

Patricia I. Murray, Esq.
Email: pmurray@boydlawgroup.com
Yvette R. Lavelle, Esq.
Email: ylavelle@boydlawgroup.com
Boyd Richards Parker & Colonnelli, P.L.
100 S.E. Second Street, Suite 2600
Miami, FL 33131
Telephone: 786-425-1045
*Counsel for Defendant, Aberdeen Golf & Country Club, Inc.*

Jillian Strasser, Esq.
Email: jillian.sidisky@csklegal.com
Emma L. McCarthy, Esq.
Email: emma.mccarthy@csklegal.com
Jonathan Vine, Esq.
Email: jonathan.vine@csklegal.com
Cole, Scott, Kissane, P.A.
Esperante Building
222 Lakeview Avenue, Suite 120
West Palm Beach, FL 33401
Telephone: 561-383-3426
*Counsel for Defendant, Waterford at Aberdeen Assocciation, Inc.*