UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:24-cv-81213-AHS

LORI ROBINS,

    Plaintiff,

v.

ABERDEEN GOLF & COUNTRY
CLUB, INC., a Florida Not-For-Profit
Corporation; WATERFORD AT
ABERDEEN ASSOCIATION, INC.,
a Florida Not-For-Profit Corporation,

    Defendants.
_____/

## DEFENDANT, WATERFORD AT ABERDEEN ASSOCIATION, INC.'S, AMENDED TRIAL WITNESS LIST

Defendant, WATERFORD AT ABERDEEN ASSOCIATION, INC. ("Waterford"), in accordance with this Court's Revised Joint Scheduling Order, dated July 7, 2025 [D.E. 43], and the Order, dated October 3, 2025 [D.E. 103], hereby serves its Amended Trial Witness List, as follows:

| Name and Address | Address | Will Call / May Call |
|---|---|---|
| Eric Contreras | c/o Jillian Strasser, Esq. Cole, Scott & Kissane, P.A. 222 Lakeview Ave., Suite 500 West Palm Beach, FL 33401 | May Call |
| Germania Corona | 8603 Pinion Drive, Lake Worth, FL 33467 | May Call |
| Tara Flynn | 128 Valencia Street, Royal Palm Beach, FL 33411 | May Call |
| Cathy Goldenberg | 7490 Hearth Stone Ave, Boynton Beach, FL 33472 | May Call |

| Rod Goldenberg | c/o Jillian Strasser, Esq.<br>Cole, Scott & Kissane, P.A.<br>222 Lakeview Ave., Suite 500<br>West Palm Beach, FL 33401 | May Call |
|---|---|---|
| Elizabeth Kirshner | 9479 Boca Gardens Pkwy, Apt D,<br>Boca Raton, FL 33496 | May Call |
| Diane Klein | 8509 Heather Place,<br>Boynton Beach, FL 33472 | May Call |
| Lee Klein | 8509 Heather Place,<br>Boynton Beach, FL 33472 | May Call |
| Gloria Miller | c/o Jillian Strasser, Esq.<br>Cole, Scott & Kissane, P.A.<br>222 Lakeview Ave., Suite 500<br>West Palm Beach, FL 33401 | May Call |
| Robert Moody | c/o Jillian Strasser, Esq.<br>Cole, Scott & Kissane, P.A.<br>222 Lakeview Ave., Suite 500<br>West Palm Beach, FL 33401 | May Call |
| Karen Rabinowitz | c/o Jillian Strasser, Esq.<br>Cole, Scott & Kissane, P.A.<br>222 Lakeview Ave., Suite 500<br>West Palm Beach, FL 33401 | May Call |
| Lori Robins | c/o Greg Sconzo, Esq.<br>Sconzo Law Office, P.A.<br>300 Avenue of the Champions,<br>Suite 260<br>Palm Beach Gardens, FL 33418 | Will Call |
| Bonnie Seidler | 760 Larkfield Rd # 232,<br>East Northport, NY 11731 | May Call |
| Karina Skeie | 6215 Oceanaire Way,<br>Lake Worth, FL 33467 | May Call |
| Daniel Spandau | c/o Jillian Strasser, Esq.<br>Cole, Scott & Kissane, P.A.<br>222 Lakeview Ave., Suite 500<br>West Palm Beach, FL 33401 | May Call |

**COLE, SCOTT & KISSANE, P.A.**
ESPERANTE BUILDING - 222 LAKEVIEW AVENUE, SUITE 500 - WEST PALM BEACH, FLORIDA 33401 (561) 383-9200 - (561) 683-8977 FAX

| Michael Topf | c/o Jillian Strasser, Esq.<br>Cole, Scott & Kissane, P.A.<br>222 Lakeview Ave., Suite 500<br>West Palm Beach, FL 33401 | May Call |
|---|---|---|
| Nichole Ware | c/o Jillian Strasser, Esq.<br>Cole, Scott & Kissane, P.A.<br>222 Lakeview Ave., Suite 500<br>West Palm Beach, FL 33401 | May Call |

## **RESERVATION OF RIGHT**

Waterford reserves the right to call any witness listed on the witness list filed by Plaintiff and Co-Defendant. By listing the above witnesses, Waterford is not waiving any entitlement to object to the testimony of those witnesses at the time of trial. Further, Waterford reserves the right to amend its Trial Witness List and to call any and all witnesses designated by Plaintiff or Co-Defendant.

## **CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that that on this 22nd day of October 2025, a true and correct copy of foregoing was served electronically on counsel of record for all parties identified on the e-service list.

    COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendant, Waterford at Aberdeen Association, Inc.*
Esperante Building
222 Lakeview Avenue, Suite 500
West Palm Beach, Florida 33401
Telephone (561) 612-3426
Facsimile (561) 683-8977
Primary e-mail: jillian.strasser@csklegal.com
Secondary e-mail: emma.mccarthy@csklegal.com

                By:  */s/ Emma L. McCarthy*
                       JILLIAN STRASSER
                       Florida Bar No.:  113611
                       EMMA L. MCCARTHY
                       Florida Bar No.:  1048504