UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:24-cv-81213-AHS

LORI ROBINS,

    Plaintiff,

v.

ABERDEEN GOLF & COUNTRY CLUB, INC, a Florida Not-For-Profit Corporation; WATERFORD AT ABERDEEN ASSOCIATION, INC., a Florida Not-For-Profit Corporation,

    Defendants.
_____/

## PLAINTIFF'S TRIAL WITNESS LIST

Plaintiff, LORI ROBINS, through counsel and in accordance with this court's order Court's Revised Joint Scheduling Order, dated July 7, 2025 [D.E. 43], and the Order, dated October 3, 2025 [D.E. 103], hereby serves her Trial Witness List, as follows: as follows:

| Name | Address | Will Call/May Call |
|---|---|---|
| Lori Robins | c/o Greg Sconzo, Esq. Sconzo Law Office, P.A. 300 Avenue of the Champions, Suite 260 Palm Beach Gardens, FL 33418 | Will Call |
| Till Paris | c/o Greg Sconzo, Esq. Sconzo Law Office, P.A. 300 Avenue of the Champions, Suite 260 Palm Beach Gardens, FL 33418 | May Call |
| Germania Corona | 8603 Pinion Drive, Lake Worth, FL 33467 | May Call |
| Tara Flynn | 128 Valencia Street, Royal Palm Beach, FL 33411 | May Call |

| Gloria Millier | c/o Jillian Strasser, Esq. Cole, Scott & Kissane, P.A. 222 Lakeview Ave., Suite 500 West Palm Beach, FL 33401 | May Call |
|---|---|---|
| Daniel Spandau | c/o Jillian Strasser, Esq. Cole, Scott & Kissane, P.A. 222 Lakeview Ave., Suite 500 West Palm Beach, FL 33401 | May Call |
| Michael Topf | c/o Jillian Strasser, Esq. Cole, Scott & Kissane, P.A. 222 Lakeview Ave., Suite 500 West Palm Beach, FL 33401 | May Call |
| Nichole Ware | c/o Jillian Strasser, Esq. Cole, Scott & Kissane, P.A. 222 Lakeview Ave., Suite 500 West Palm Beach, FL 33401 | May Call |
| Karen Rabinowitz | c/o Jillian Strasser, Esq. Cole, Scott & Kissane, P.A. 222 Lakeview Ave., Suite 500 West Palm Beach, FL 33401 | May Call |
| Rod Goldenberg | c/o Jillian Strasser, Esq. Cole, Scott & Kissane, P.A. 222 Lakeview Ave., Suite 500 West Palm Beach, FL 33401 | May Call |
| Cathy Goldenberg | 7490 Hearth Stone Ave, Boynton Beach, FL 33472 | May Call |

## **RESERVATION OF RIGHT**

Plaintiff reserves the right to call any witness listed on the witness list filed by Defendant. By listing the above witnesses, Plaintiff is not waiving any entitlement to object to the testimony of those witnesses at the time of trial. Further, Plaintiff reserves the right to amend its Trial Witness List and to call any and all witnesses designated by Defendant.

RESPECTFULLY SUBMITTED October 22, 2025

        **By: /s/ Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
Sconzo Law Office, P.A.
300 Ave of the Champions, Suite 260
Palm Beach Gardens, FL 33418
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Email: greg@sconzolawoffice.com
Secondary Email: rachel@sconzolawoffice.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 22, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

        By: **/s/ Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 105553