UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:24-CV-81213-AHS

LORI ROBINS,

    Plaintiff,

v.

ABERDEEN GOLF & COUNTRY CLUB, INC., a Florida Not-For-Profit Corporation, and WATERFORD AT ABERDEEN ASSOCIATION, INC., a Florida Not-For-Profit Corporation,

    Defendants.
_____/

**STIPULATION FOR DISMISSAL WITH PREJUDICE**
**(AS TO ABERDEEN GOLF & COUNTRY CLUB INC ONLY)**

THIS CAUSE having been amicably settled between Plaintiff, **LORI ROBINS** and the Defendant, **ABERDEEN GOLF & COUNTRY CLUB INC.** and it is hereby Stipulated and agreed by and between their undersigned counsel that this cause be dismissed with prejudice, with the parties bearing their own respective Attorney's fees and costs. The Court shall retain jurisdiction for the purpose of enforcing the terms of the settlement. This stipulation shall have no effect on Plaintiff's claims against Defendant WATERFORD AT ABERDEEN ASSOCIATION, INC.

Dated: November 5, 2025.

| | |
|---|---|
| **SCONZO LAW OFFICE, P.A.** | **BOYD RICHARDS PARKER & COLONNELLI** |
| *Counsel for Plaintiff* | *Counsel for Defendant, ABERDEEN GOLF & COUNTRY CLUB* |
| 300 Avenue of Champions, Suite 260 | 100 S.E. 2nd Street, Suite 2600 |
| Palm Beach Gardens, FL 33418 | Miami, Florida 33131 |
| Telephone: (561) 729-0940 | Telephone: (786) 425-1045 |
| Facsimile: (561) 491-9459 | Facsimile: (786)425-3905 |
| By___/s/ Gregory S. Sconzo_____ | By__/s/ Patricia I. Murray_____ |
|     Gregory S. Sconzo, Esq. |     Patricia I. Murray, Esq. |
|     greg@sconzolawoffice.com |     pmurray@boydlawgroup.com |

*Robins, Lori v. Aberdeen Golf and Country Club, Inc.*
CASE NO.: 9:24-CV-81213-AHS
Page 2

Florida Bar No.                    Florida Bar No. 798657

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 5, 2025, I served this document on this day on all counsel of record in the matter specified either via e-mail or via transmission of notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or Parties who are not authorized to receive electronically Notices of Electronic Filing.

**JILLIAN STASSER, ESQ.**
**EMMA L. McCARTHY, ESQ.**
**COLE, SCOTT & KISSANE, P.A.**
**222 Lakeview Avenue, Suite 500 West Palm Beach, FL 33401**
**Telephone: (561) 383-9200**
**Facsimile: (561) 683-8977**
**E-mail:** jillian.strasser@csklegal.com
**E-mail:** emma.mccarthy@csklegal.com

*Counsel for Defendant, Waterford at Aberdeen Association, Inc.*