UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-81213-CIV-SINGHAL

LORI ROBINS,

    Plaintiff,

v.

ABERDEEN GOLF & COUNTRY
CLUB, INC., AND WATERFORD
AT ABERDEEN ASSOCIATION, INC.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on Plaintiff Robins' and Defendant Aberdeen Golf & Country Club, Inc.'s Stipulation for Dismissal with Prejudice (as to Aberdeen Golf & Country Club, Inc. Only) (DE [150]).  The Court having reviewed the docket and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE** as to Aberdeen Golf & Country Club, Inc.  Each party bears their own attorney's fees and costs.  This Court shall retain jurisdiction to enforce the terms of the settlement.  The case remains pending against Waterford at Aberdeen Association, Inc.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 12th day of November 2025.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel via CM/ECF