UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-81213-CIV-SINGHAL

LORI ROBINS,

     Plaintiff,

v.

WATERFORD AT ABERDEEN
ASSOCIATION, INC., *et al.*,

     Defendants.

_____/

## ORDER CONTINUING TRIAL

**THIS CAUSE** is before the Court on a *sua sponte* review of the record.  As discussed at today's hearing, trial in this case will be continued so the Court can clarify and reconsider prior rulings. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that this cause is set for trial during the Court's two-week trial calendar beginning on **October 5, 2026** at **9:00 a.m.**  Calendar call will be held via ZOOM at **2:00 p.m.** on **Wednesday, September 30, 2026**.  A ZOOM link will be sent in a subsequent order.  No pre-trial conference will be held unless a party requests one at a later date and the Court determines that one is necessary.  Unless instructed otherwise by subsequent order, the trial and all other proceedings in this case shall be conducted in **Courtroom 110 at the United States Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.**

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 14th day of July 2026.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF